**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-6645

RICHARD D. MOISE,

Plaintiff - Appellant,

v.

HOWARD COUNTY DETENTION CENTER; JACK KAVANAGH; JANINE JACKSON; DARNELL MORANT,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:18-cv-01355-RDB)

Submitted:  May 27, 2020                    Decided:  June 3, 2020

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Richard D. Moise, Appellant Pro Se.  Cynthia G. Peltzman, Senior Assistant County Solicitor, Melissa Goldmeier, Gary W. Kuc, HOWARD COUNTY OFFICE OF LAW, Ellicott City, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard D. Moise appeals the district court's order dismissing his complaint under 42 U.S.C. § 1983 (2018) against Howard County Detention Center and members of its staff. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Moise's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny the Defendants' motion to dismiss the appeal as untimely and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*